CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 05 2014

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

KAMANI SUN, )
)
    Plaintiff, ) Civil Action No. 7:13cv569
)
v. )
) **FINAL ORDER**
)
VIRGINIA PAROLE BOARD CHAIRMAN, )
ET AL. ) By: Samuel G. Wilson
) United States District Judge
)
    **Defendants.** )

In accordance with the memorandum opinion entered on this day, it is hereby

**ORDERED** and **ADJUDGED** that Defendant's motion to dismiss, pursuant to Rule 12(b)(6), (ECF No. 16), is **GRANTED**, and Sun's 42 U.S.C. § 1983 complaint is **STRICKEN** from the court's active docket.

**ENTER**: June 5, 2014.

UNITED STATES DISTRICT JUDGE